JOSEPHINE CARLISI et al., Appellants, v. HAROLD I. COLE et al., Respondents. — In an action to recover damages for injuries to person and property, and for expenses and loss of services, plaintiffs appeal from a judgment in favor of defendants entered upon the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

MELVIN W. COHEN, an Infant, by His Guardian ad Litem, SOL S. COHEN, et al., Appellants, v. KING TOYS & STATIONERY CO., INC., et al., Respondents.— Plaintiffs appeal from so much of an order on reargument as denied their motion for a preference under rule 151 of the Rules of Civil Practice, in an action to recover damages for personal injuries and for medical and surgical expenses incidental thereto, and for loss of services. Order insofar as appealed from modified by striking from the second ordering paragraph the words " denied in all respects " and by substituting therefor the word " granted ". As so modified, order affirmed, without costs. There was a sufficient showing of indigence and special circumstances to warrant the granting of the motion in the interests of justice and denial thereof was an improvident use of discretion. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

J. F. GILLIS, Respondent, v. EUGENE J. SCHWARTZ, Appellant.— Defendant appeals from an order granting plaintiff's motion to compel defendant's attorneys to accept service of the complaint and denying defendant's cross motion to dismiss the complaint for failure to make timely service thereof. Order affirmed, without costs. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

JAMES J. HEFFERNAN, Respondent, v. REGINA D. HEFFERNAN, Appellant, and WILLIAM J. HEFFERNAN, an Incompetent, et al., Respondents.— In an action to annul a marriage, or marriages, brought by a relative of an adjudicated incompetent (Civ. Prac. Act, § 1137), order denying appellant's motion to strike from the complaint the name of the committee of the person and property of the incompetent, on the ground that the committee is not a necessary or proper party defendant, affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.